# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

Federal National Mortgage Association,              Civ. No. 13-2937 (MJD/JJK)

       Plaintiff,

v.

Ann S. Johnson, John Doe, and Mary Roe,              **ORDER**

       Defendants.

---

Kalli L. Ostlie, Esq., and Sonja R. Ortiz, Esq., Shapiro & Zielke, LLP; and Cameron A. Lallier, Esq., and Thomas J. Lallier, Esq., Foley & Mansfield, PLLP, counsel for Plaintiff.

William B. Butler, Esq., Butler Liberty Law, LLC (Suspended), counsel for Defendant Johnson.

---

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Jeffrey J. Keyes dated December 16, 2013.  No objections have been filed to that Report and Recommendation in the time period permitted with the addition of extra time. Defendants were alternatively ordered to have new counsel enter an appearance or defendants should make a statement stating they wish to proceed pro se.  No filings were received on behalf of defendants regarding representation status.  Based upon the Report and Recommendation of the Magistrate Judge, upon all of the files, records, and proceedings herein, the Court now makes and enters the following Order.

     **IT IS HEREBY ORDERED** that:

     1.      This action is remanded to Minnesota state district court.

2.   William B. Butler is directed to provide a copy of this order to all named Defendants in this action.

Date: April 8, 2014                                              s/Michael J. Davis
                                                                 MICHAEL J. DAVIS
                                                                 Chief Judge
                                                                 United States District Court